IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



FILED
JUN - 4 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

MICHAEL A. WATT,

    Plaintiff,

v.

RAY MABUS, *Secretary of the Navy*,

    Defendant.

Case No. 1:12-cv-128

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's Motion for Summary Judgment (Dkt. No. 78) is **GRANTED** and the Plaintiff's complaint is **DISMISSED** with prejudice.

June 4, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge